UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORMAN M. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:09-cv-00379 (GBL/IDD) |
| ) | |
| GARY LOCKE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendants' Motion to Compel the Plaintiff's Initial Disclosures [34] is **GRANTED**; it is further

**ORDERED** that Plaintiff review the Initial Disclosures listed as numbers one through six on page five of Defendants' Motion to Compel Plaintiff's Initial Disclosures [34] and produce those documents that Plaintiff intends to use at trial and that are not contained in the administrative record; it is further

**ORDERED** that Plaintiff must provide Defendants with all aforementioned documents on or before 12 p.m., on Wednesday, January 13, 2010; and it is further

**ORDERED** that the Plaintiff is placed on notice that if he fails to provide Defendants with all appropriate documents, this Court may order a Show Cause Order on why Plaintiff should not be held in contempt and why sanctions should not be forthcoming.

The Clerk is directed to forward copies of this Order to counsel of record.

ENTERED this 8th day of January, 2010.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge