IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORMAN M. WRIGHT,            ) | |
|                              ) | |
| Plaintiff,                   ) | |
|                              ) | |
| v.                           ) | Civil Action No. 1:09cv379 |
|                              ) | (GBL/IDD) |
| GARY LOCKE, Secretary,       ) | |
|  U.S. Department of Commerce, and ) | |
| DAVID KAPPOS, Under Secretary of ) | |
|  Commerce for Intellectual Property ) | Hearing Date: February 5th, 2010 |
|  and Director of the U.S.    ) | |
|  Patent and Trademark Office, ) | |
|                              ) | |
| Defendants.                  ) | |
|                              ) | |

**MOTION TO COMPEL PLAINTIFF'S RESPONSES TO
DEFENDANTS' DISCOVERY REQUESTS**

The Defendants, by and through counsel, respectfully move the Court to compel the Plaintiff to respond to the Defendants' discovery requests (Interrogatories and Requests for the Production of Documents) served on the Plaintiff on November 30, 2009, pursuant to Federal Rule of Civil Procedure 33 and 34, EDVA Local Rule 37(A), the Rule 16(B) Scheduling Order issued by this Court, and the Joint Discovery Plan entered into by the parties. The reasons for granting the motion are described in the attached memorandum.

///

///

        Respectfully submitted,

        NEIL H. MACBRIDE
        UNITED STATES ATTORNEY


By:    _____/s/_____
        Kevin Mikolashek
        Assistant United States Attorney
        Office of the United States Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone:   (703) 299-3809
        Fax:          (703) 299-3983
        Email:       Kevin.Mikolashek@usdoj.gov
        *Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and that an exact and true copy will be served by United States mail, first class postage prepaid, addressed to the following *pro se* Plaintiff:

>Norman M. Wright
>14005 Wood Rock Way
>Centreville, VA 20121-3833

>By: _____/s/_____
>Kevin Mikolashek
>Assistant United States Attorney
>Office of the United States Attorney
>2100 Jamieson Avenue
>Alexandria, Virginia 22314
>Telephone: (703) 299-3809
>Fax: (703) 299-3983
>Email: Kevin.Mikolashek@usdoj.gov
>*Counsel for the Defendants*